Entered: February 21st, 2023
Signed: February 21st, 2023
**SO ORDERED**



**MICHELLE M. HARNER**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# BALTIMORE DIVISION

| | |
|---|---|
| In re:<br>Joe L. Gladney<br><br>Debtor | Case No. 22-10805 MMH<br><br>Chapter 13 |
| Joe L. Gladney<br><br>    Movant<br>vs.<br><br>Bay Country Consumer Finance Inc.<br><br>Respondent | |

## ORDER COMPELLING A PAYOFF BALANCE

Having considered the Debtor's motion, and any response filed thereto, and it appearing that proper notice has been given, pursuant to 11 U.S.C. § 501 and 11 U.S.C. § 502, it is by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that Bay Country Consumer Finance, Inc. shall provide a payoff balance for the loan referenced in the Debtor's Motion to Compel in ten days.

cc:

Debtor
Debtor's Attorney
Office of the U.S. Trustee
Chapter 13 Trustee

Page 2 of 2

END OF ORDER